**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio DIAZ–FREGOSO,**
**Defendant–Appellant.**

No. 05–50799.

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2006.*

Filed May 19, 2006.

Becky S. Walker, Esq., Tyson Walch, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Michael Tanaka, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Antonio Diaz–Fregoso appeals the sentence imposed following his guilty plea to possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). He contends that a supervised release condition requiring him to report to his probation officer if he reenters the United States forces him to incriminate himself in violation of the Fifth

Amendment. This contention is foreclosed by *United States v. Rodriguez–Rodriguez,* 441 F.3d 767, 772–73 (9th Cir.2006).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.